# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

ALBERTO FONSECA-CASTELLANOS
and MARIA CASTELLANOS-
RAMIREZ,

              Plaintiffs,

   v.

MAXUM ENTERPRISES, LLC, et al.,

              Defendants.

Case No. 2:18-cv-00197-APG-PAL

**ORDER REMANDING CASE**

      In light of the parties' agreement that this matter should be remanded to state court (ECF No. 10 at 3),

      IT IS ORDERED that the case is remanded to the state court from which it was removed for all further proceedings. The clerk of the court is instructed to close this case.

      DATED this 7th day of March, 2018.

                                                  
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE